# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4405
_____

JOSE C. DURON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

July 25, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jose C. Duron, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.